**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SHANDONG AIRLINES CO., LTD.,
etc.,

        Plaintiff,

vs.                                          Case No. 3:09-cv-308-J-32MCR

CAPT, LLC, etc., et al.,

        Defendants.

_____

**PRELIMINARY INJUNCTION**[1]

This case came before the Court on April 6, 2009 on plaintiff Shandong Airlines, Ltd.'s ("Shandong") Verified Emergency *Ex Parte* Motion for Temporary Restraining Order/Order to Show Cause Why a Preliminary Injunction Should Not Issue (Doc. 2). The Court conducted an *ex parte* telephone hearing on April 6, 2009, the record of which is incorporated by reference, and entered a Temporary Restraining Order the same day, setting the matter over for a hearing on April 16, 2009 to determine whether to convert the Temporary Restraining Order to a Preliminary Injunction. See Order, Doc. 5. As directed, plaintiff served defendants with copies of the Temporary Restraining Order and other papers of record. See Docs. 8, 9. When defendants failed to appear at the April 16, 2009 hearing, the Court granted plaintiff's *ore tenus* motion to extend the Temporary Restraining Order for an additional ten days, setting the matter for hearing on April 27, 2009 to determine whether

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

to convert the Temporary Restraining Order into a Preliminary Injunction.  See Order, Doc. 10.  Plaintiff served copies of this Order and other papers as directed.  See Docs. 12, 13. Defendants, however, failed to appear at the April 27, 2009 hearing.  At the hearing, plaintiff requested that the Court convert the Temporary Restraining Order into a Preliminary Injunction and, for the reasons stated on the record in the three hearings held to date, and those expressed in plaintiff's motion (Doc. 2) and supporting declaration (Doc. 3), and in the Court's April 6, 2009 Temporary Restraining Order (Doc. 5), as extended (Doc. 10), the Court finds the Temporary Restraining Order is due to be converted into a Preliminary Injunction as follows:

1. Pending further Order of the Court, defendants CAPT, LLC and Flight Training Service International, their officers, directors, employees, representatives, agents, subsidiaries, and all persons (including corporations, entities, and/or trusts) in active concert or participation with any of them are hereby preliminarily enjoined from:

  a. unilaterally terminating CAPT's Contract with Plaintiff Shandong Airlines Co., Ltd. with respect to the FAA Commercial Pilot Certification training of the twenty-four Shandong Airline trainee pilots;

  b. withdrawing CAPT's sponsorship of the M-1 visas of the twenty-four Shandong Airline trainees; and

  c. taking any steps which would jeopardize CAPT's status as an FAA licensed training facility until the Shandong Airline trainee pilots have either secured a replacement sponsor, reached agreement with a replacement facility, or have left the United States.

2. Nothing in this Preliminary Injunction is intended to prevent defendants from complying with applicable federal or state law.

3. This Preliminary Injunction will remain in place until plaintiff advises that the need for preliminary injunctive relief has expired or until defendants, upon motion, move the Court for relief, in which case, the Court will set the matter for an immediate hearing.

4. Plaintiff shall forthwith serve a copy of this Preliminary Injunction, as well as the complaint and all other pleadings and Orders to date, upon defendants, filing a certificate of service to verify same.

5. Barring other intermediate proceedings or motion practice, no later than **June 1, 2009** plaintiff shall file a notice advising the Court of the status of its efforts to secure alternate sponsorship for its trainee pilots as well as its proposal for pursuing the prosecution of this case against defendants.

**DONE AND ORDERED** at Jacksonville, Florida this 28th day of April, 2009.

TIMOTHY J. CORRIGAN
United States District Judge

s.

Copies:

counsel of record